UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-004M |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| JOSE NOLASCO-GODINA, | ) ) | |
| Defendant. | ) ) | |

<u>Offense charged</u>:   Conspiracy to Distribute Methamphetamine

Date of Detention Hearing:   January 9, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged, together with two co-conspirators, for conspiracy to distribute methamphetamine. The AUSA advises that approximately three pounds of high quality

01 meth was seized at the time of the arrest, in additional to a firearm found in the vehicle. The
02 maximum penalty of this offense is in excess of ten years. There is therefore a rebuttable
03 presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

04     2. Defendant is a native and citizen of Mexico. He was not interviewed by Pretrial
05 Services, so there is little information about his personal history, residence, family ties or ties to
06 this District, his income, financial assets or liabilities, his physical/mental health or controlled
07 substance use if any. His past criminal record includes a failure to appear for arraignment in 2000,
08 robbery and VUCSA. An immigration detainer is expected to be filed.

09     3. Based on the expected filing of the immigration detainer, defendant does not
10 contest detention.

11     4. Taken as a whole, the record does not effectively rebut the presumption that no
12 condition or combination of conditions will reasonably assure the appearance of the defendant as
13 required and the safety of the community.

14 It is therefore ORDERED:

15     (1) Defendant shall be detained pending trial and committed to the custody of the
16         Attorney General for confinement in a correction facility separate, to the extent
17         practicable, from persons awaiting or serving sentences or being held in custody
18         pending appeal;

19     (2) Defendant shall be afforded reasonable opportunity for private consultation with
20         counsel;

21     (3) On order of a court of the United States or on request of an attorney for the
22         Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER       15.13
18 U.S.C. § 3142(i)       Rev. 1/91
PAGE 2

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of January, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge